BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
KEVIN G. GILL – CSBN 226819
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
    E-Mail: Kevin.Gill@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LESLIE HERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00456-SAB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE AND SERVE ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time, to and including September 14, 2015, to file and serve the administrative record.  Defendant requests this extension because the administrative record is not yet available to file and serve.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.  Counsel apologizes to the Court for any inconvenience caused by this delay.

Stip. & Prop. Order for Ext.; 1:15-cv-00456-SAB    1

                                                Respectfully submitted,

Dated:  August 13, 2015

                                By:     */s/ Jacqueline A. Forslund\**
                                                JACQUELINE A. FORSLUND
                                                (\* As authorized via email on August 13, 2015)
                                                Attorney for Plaintiff

Dated:  August 13, 2015                        BENJAMIN B. WAGNER
                                                United States Attorney
                                                DEBORAH STACHEL
                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

                              By:     /s/  *Kevin G. Gill*
                                                KEVIN G. GILL
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

<u>ORDER</u>

     Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including September 14, 2015, in which to file and serve the administrative record.  All other deadlines set forth in the March 26, 2015, Scheduling Order are modified accordingly.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **August 13, 2015**                                              
                                                UNITED STATES MAGISTRATE JUDGE