# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LESLIE HERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:15-cv-00456-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE COPY OF ADMINISTRATIVE RECORD WITHIN FOURTEEN DAYS |
|---|---|

On March 24, 2015, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits.  (ECF No. 1.)  On March 26, 2015, the Court issued a scheduling order.  (ECF No. 7).  The scheduling order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint.  On April 29, 2015, proof of service was returned showing that Defendant was served by certified mail on April 16, 2015.  (ECF No. 10.)  On August 13, 2015, the Court granted the parties stipulation for an extension of time and the administrative record was to be served and filed on September 14, 2015.  (ECF No. 14.)  Defendant did not file the administrative record in compliance with the August 13, 2015 order.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within fourteen days from the date of service of this order, Defendant shall file

1

1        and serve a copy of the administrative record; and

2.   Failure to respond to this order could result in the imposition of sanctions, up to an including an entry of default.

IT IS SO ORDERED.

Dated:   **September 16, 2015**

UNITED STATES MAGISTRATE JUDGE