# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HERMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:15-cv-00456-SAB<br><br>ORDER ON STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the March 26, 2015 scheduling order is amended as follows:

1. Plaintiff's opening brief shall be file on or before January 20, 2016;

2. Defendant's responsive pleading shall be filed on or before February 22, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before March 9, 2016.

IT IS SO ORDERED.

Dated:   **December 23, 2015**

UNITED STATES MAGISTRATE JUDGE

1