UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HERMAN, | ) Case No.: 1:15-cv-00456-AWI -SAB |
| Plaintiff, | ) **ORDER REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND SEALING DOC. NO. 15 AND SUBPARTS** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Remand pursuant to sentence four of 42 U.S.C. § 405(g), Expunging of the Certified Administrative Record, and to Entry of Judgment ("Stipulation for Remand", Doc. No. 21), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand. Furthermore, the Clerk of the Court is directed to deliver all physical copies of the Certified Administrative Record (Doc. No. 15 and subparts) to the United States Attorney's Office for destruction. The Clerk of the Court is directed to seal Doc. No. 15 and subparts so that no one, not even the parties, will have access to it through the Case Management and Electronic Case Filing (CM/ECF) system. Finally, the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   January 4, 2016              _____
                                       SENIOR DISTRICT JUDGE

1