JACQUELINE A. FORSLUND   CSBN 154575
Attorney at Law
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:                541-593-4452
Email:           jaf@forslundlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HERMAN, ) | |
| ) | Case No. 1:15-cv-00456-AWI SAB |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER FOR EAJA FEES** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |

On January 22, 2016, the parties submitted the following stipulation:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of ONE THOUSAND TWO HUNDRED SEVENTY THREE DOLLARS and FORTY cents ($1,273.40).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and

expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether the EAJA check is made payable to Plaintiff or Jacqueline A. Forslund such check shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Attorney at Law, P.O. Box 4476, Sunriver, OR  97707.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 19, 2016 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|  | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date:  January 19, 2016 | BENJAMIN WAGNER<br>United States Attorney<br>DEBORAH STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | */s/Donna Wade Anderson*<br>DONNA WADE ANDERSON<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

**Herman v. Colvin**         **Stipulation and Proposed Order for EAJA**
**E.D. Cal. 1:14-cv-00456-SAB**

The Court finds the above stipulation appropriate.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The above stipulation is APPROVED;

2. Pursuant to the above stipulation, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), fees are awarded to Plaintiff in the amount of one thousand two hundred and seventy-three dollars and forty cents ($1,273.40) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   January 25, 2016                                                                                   
                                                            SENIOR  DISTRICT  JUDGE

**Herman v. Colvin**                                              **Stipulation and Proposed Order for EAJA**
**E.D. Cal. 1:14-cv-00456-SAB**