# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE HERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00456-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 29, 30) |

Petitioner filed a motion for attorney fees on October 25, 2018. (ECF No. 26.) Findings and recommendations were filed on November 21, 2018, recommending that the motion for attorney fees be granted. (ECF No. 28.) Pursuant to the findings and recommendations, counsel was to serve a copy on Plaintiff and file a proof of service. (Id.) No proof of service was filed. On December 26, 2018, an order issued requiring Petitioner to show cause why sanctions should not issue for the failure to comply with the November 21, 2018 order. (ECF No. 29.) Petitioner filed a certificate of service and response to the order to show cause on December 31, 2018. (ECF Nos. 30, 31.)

As the findings and recommendations were timely served on Plaintiff and proof of service has now been filed, the Court shall discharge the order to show cause. Counsel is admonished that all orders should be read in their entirety to avoid further such failures to

comply.

Accordingly, the order to show cause, filed on December 26, 2018, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES MAGISTRATE JUDGE