# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LESLIE HERMAN, | Case No. 1:15-cv-00456-AWI-SAB |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONS MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 26, 27, 28) |
| Defendant. | |

On January 5, 2016, this action challenging the denial of Social Security benefits was remanded for further proceedings. (ECF No. 22.) On October 25, 2018, Plaintiff's counsel ("Petitioner") filed a motion for attorney fees which was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 26.) On November 19, 2018, the Commissioner of Social Security filed a statement of non-opposition to the motion for attorney fees. (ECF No. 27.)

On November 21, 2018, the assigned magistrate judge filed a findings and recommendations. (ECF No. 28.) The findings and recommendations recommended granting Petitioner's motion for attorney fees. (Id.) The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. (Id., ECF No. 30.) The period for filing objections has passed and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed November 21, 2018, is ADOPTED IN FULL;
2. Petitioner's motion for a net award of attorney fees pursuant to Section 406(b) in the amount of $1,273.70 is GRANTED; and
3. Pursuant to counsel's request, this amount should be paid directly to Jacqueline A. Forslund. The Commissioner should remit to Plaintiff the remainder of her withheld benefits.

IT IS SO ORDERED.

Dated: January 11, 2019

SENIOR DISTRICT JUDGE